Michael B. Wilson (SBN 233633)
michael@khindawilsonllp.com
**KUNDANI CHANG KHINDA WILSON LLP**
611 Wilshire Blvd., Suite 325
Los Angeles, CA 90017
(310) 894-6576 - Telephone
(213) 443-9449 – Facsimile

Attorneys for DEFENDANT SUNG JIN KIM

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JITRADE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>BEE 3 STARS CORP. d.b.a. FASHIONGO.NET, a California corporation; JOHN SUNGJIN KIM d.b.a. SJ STYLE, a Sole Proprietorship, and and DOES 1-10, inclusive,<br><br>Defendant. | Case No.: 2:17-cv-07418-AB (RAOx)<br><br>**[PROPOSED] ORDER ON STIPULATED PROTECTIVE ORDER** |

Having reviewed the Parties' Stipulated Protective Order filed on September 14, 2018, IT IS ORDERED that the Stipulated Protective Order is entered as an Order of this Court.

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

DATED: September 19, 2018  _____

                                        HON. ROZELLA A. OLIVER
                                        United States Magistrate Judge

KHINDA WILSON, LLP
611 WILSHIRE BLVD., SUITE 325, LOS ANGELES, CA 90017
TEL (213) 627-2771 • FAX (213) 443-9449

2
**[PROPOSED] ORDER ON STIPULATED PROTECTIVE ORDER**