UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JITRADE INC., a California Corporation,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>BEE 3 STARS CORP. d.b.a. FASHIONGO.NET, a California Corporation; JOHN SUNGJIN KIM d.b.a. SJ STYLE, a Sole Proprietorship; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No. 2:17-cv-07418-AB-RAO<br><br>*Honorable André Birotte Jr. presiding*<br><br>**[PROPOSED] ORDER RE: DISMISSAL AS TO ALL ACTIONS**<br><br>*Trial Date: July 23, 2019*<br>*Pre-Trial Conference: June 28, 2019* |

///

///

1.

ORDER RE: DISMISSAL AS TO ALL ACTIONS

**ORDER**

IT IS HEREBY ORDERED that:

(1) The Joint Stipulation for Dismissal with Prejudice is approved.
(2) The entire action stated herein against all parties, is hereby dismissed with prejudice.
(3) The Court shall retain jurisdiction to enforce the Settlement Agreement between the Parties entered into on June 7, 2019.
(4) Each party shall bear its own fees and costs.

IT IS SO ORDERED.

Dated: June 24, 2019

_____
The Honorable André Birotte Jr.
United States District Judge